UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DONALD T. WEBER,

                                  Plaintiff,

                                                                                                     DECISION AND ORDER
           v.                                                                                  15-CV-405A

NANCY A. BERRYHILL, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                                Defendant.

_____

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On June 29, 2017, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 18), recommending that the Acting Commissioner's motion for judgment on the pleadings (Dkt. No. 15) be granted, and that the plaintiff's motion for similar relief (Dkt. No. 11) be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the Acting Commissioner's motion for judgment on the pleadings is granted, and the plaintiff's motion for similar relief is denied.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

                                                  *Richard J. Arcara*
                                    HONORABLE RICHARD J. ARCARA
                                    UNITED STATES DISTRICT COURT

Dated:  July 18, 2017